United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-13504-mdc
Carla N. Young                                                            Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Jul 13, 2016
                  Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2016.
```
db            +Carla N. Young,    417 S. 2nd Street,    Colwyn, PA 19023-3103
13564218      +MidFirst Bank,   999 NorthWest Grand Boulevard,    Oklahoma, OK 73118-6051
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2016 at the address(es) listed below:
```
          ANDREW F GORNALL    on behalf of Creditor    MidFirst Bank agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          JOHN L. MCCLAIN    on behalf of Debtor Carla N. Young aaamcclain@aol.com,    edpabankcourt@aol.com
          JOHN L. MCCLAIN    on behalf of Plaintiff Carla N. Young aaamcclain@aol.com,    edpabankcourt@aol.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
```
                                                                 TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Carla N. Young <br> Debtor | | CHAPTER 13 |
| MidFirst Bank <br> Movant <br> vs. | | NO. 15-13504 MDC |
| Carla N. Young <br> Debtor | | |
| William C. Miller Esq. <br> Trustee | | 11 U.S.C. Section 362 |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. Movant is MidFirst Bank.

2. Debtor is the owner of the premises 417 South 2nd Street, Darby, PA 19023, hereinafter referred to as the mortgaged premises.

3. Movant is the holder of a mortgage, original principal amount of $105,052.00 on the mortgaged premises that was executed on June 29, 2007. Said mortgage was recorded on July 27, 2007 at Book 04163, Page 1670. The Mortgage was subsequently assigned to Movant by way of Assignment of Mortgage recorded on September 19, 2011, at Book 04991, Page 2356 in Delaware County.

4. William C. Miller Esq., is the Trustee appointed by the Court.

5. The commencement and/or continuation of the mortgage foreclosure proceedings by reason of non-payment of monthly mortgage payments were stayed by the filing of a Chapter 13 Petition in Bankruptcy by the Debtor.

6. On May 20, 2016 Debtor filed an Amended Chapter 13 plan surrendering the subject property.

7. The Amended Plan was confirmed on June 9, 2016.

8. Movant and Debtor have agreed that Movant is entitled to relief from the automatic stay effective upon the entry of the June 9, 2016 confirmation Order.

9. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

10. The parties agree that a facsimile signature shall be considered an original signature.

Date: June 30, 2016    By:    /s/ Joshua I. Goldman, Esquire
                              Joshua I. Goldman, Esquire
                              Attorneys for Movant
                              KML Law Group, P.C.
                              Main Number: (215) 627-1322

Date: June 30, 2016           /s/ Mitchell J. Prince, Esquire
                              Mitchell J. Prince, Esquire
                              Attorney for Debtor

*No Objection:* [signature] TRUSTEE
*without prejudice to any trustee rights or remedies

Approved by the Court this **12th** day of **July**, 2016. However, the court retains discretion regarding entry of any further order.

*Magdeline D. Coleman*
Bankruptcy Judge
Magdeline D. Coleman