Certificate Number: 01401-PAE-DE-031109956

Bankruptcy Case Number: 15-13504



01401-PAE-DE-031109956

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 30, 2018, at 11:42 o'clock PM EDT, Carla N Young completed a course on personal financial management given by internet by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: May 30, 2018

By: /s/Jeremy_Lark

Name: Jeremy_Lark

Title: FCC Manager